**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-7030**

JIHAD SHAHADDAH,

Plaintiff - Appellant,

v.

DEPUTY GOTCHER, with Arlington County Sheriff's Dept.; ARLINGTON
COUNTY SHERIFF'S DEPARTMENT; BETH ARTHUR,

Defendants - Appellees,

and

COUNTY OF ARLINGTON,

Defendant.

Appeal from the United States District Court for the Eastern District of Virginia, at
Alexandria. T. S. Ellis, III, Senior District Judge. (1:18-cv-00883-TSE-TCB)

Submitted: January 28, 2020                    Decided: February 7, 2020

Before NIEMEYER, AGEE, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Harsh Voruganti, THE VORUGANTI LAW FIRM, PLLC, Arlington, Virginia, for
Appellant.    Alexander Francuzenko, Philip C. Krone, COOK CRAIG &

FRANCUZENKO, PLLC, Fairfax, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jihad Shahaddah appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2018) complaint and related state law claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Shahaddah v. Gotcher*, No. 1:18-cv-00883-TSE-TCB (E.D. Va. filed June 17, 2019 & entered June 18, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*